IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

Plaintiff(s),

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion to Amend to Add Counterclaims (docket no. 21) is GRANTED.

Date: December 19, 2006