IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

          Plaintiff,

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

          Defendant.
_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
_____

On December 15, 2006, the defendant Alliance Financial Capital, Inc., filed a motion to dismiss for lack of jurisdiction. The motion has been briefed. The plaintiff relies on a consent to jurisdiction and form selection clause contained in a Vendor Relationship Guide said to be incorporated by reference in the vendor agreement between The Sports Authority and Global Manufacture Group, LLC, the seller of the merchandise that is the subject of this lawsuit. The defendant Alliance Financial Capital, Inc., has rights derivative of Global. The defendant argues that the documents referred to are inconsistent and that the Vendor Relationship Guide was only on the plaintiff's website. The plaintiff has made a sufficient showing of personal jurisdiction to warrant this matter to progress with the ultimate question of jurisdiction to be determined with the merits of the case. Accordingly, it is

ORDERED that the defendant's motion to dismiss (Doc. #20) is denied.

DATED: January 24th, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge