IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

    Plaintiff,

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

    Defendant.

## [Proposed] ORDER AMENDING SCHEDULING ORDER
( Docket No. 32 )

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order Regarding Expert Disclosures, and the Court, having reviewed the motion and being fully advised, finds good cause, grants the motion and amends the Scheduling Order (Docket No. 12) as follows:

    a. The deadline for any party bearing the burden of proof on an issue to designate experts with respect to such issues and to provide opposing counsel with all information specified in Fed. R. Civ. P.26(a)(2) is extended to February 28, 2007; and

    b. The deadline for parties to designate all rebuttal experts and to provide opposing counsel with all information specified in Fed. R. Civ. P.26(a)(2) extended to March 28, 2007.

Dated: February 5, 2007

BY THE COURT

*[signature]*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**