IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

   Plaintiff,

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

   Defendant.

---

### ORDER AMENDING SCHEDULING ORDER
(Docket No. 37)

This matter comes before the Court on the parties' Second Joint Motion to Amend Scheduling Order, and the Court, having reviewed the motion and being fully advised, finds good cause, grants the motion and amends the Scheduling Order (Docket No. 12) as follows:

   a. The discovery cut-off is extended to and including May 23, 2007; and,

   b. The dispositive motion deadline is extended to and including June 25, 2007.

Dated April 11, 2007

                                    BY THE COURT

                                    S/Michael J. Watanabe

                                    MICHAEL J WATANABE

                                    US MAGISTRATE JUDGE