IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

       Plaintiff,

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

       Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case should now be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **April 29, 2008, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on April 24, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: March 7th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge