IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

        Plaintiff,

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

        Defendant.

_____

ORDER VACATING PRETRIAL CONFERENCE
_____

Pursuant to the Notice of Defendant Alliance Financial Capital, Inc.'s Chapter 11 Voluntary Petition in Bankruptcy [42], filed on April 8, 2008, it is

ORDERED that the pretrial conference set for April 29, 2008, is vacated.

DATED: April 9th, 2008

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge