IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01757-RPM-MJW

THE SPORTS AUTHORITY, INC.,

        Plaintiff,

v.

ALLIANCE FINANCIAL CAPITAL, INC.,

        Defendant.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    Pursuant to plaintiff's Motion to Dismiss without Prejudice [52], filed on August 1, 2008, it is

    ORDERED that this case is dismissed without prejudice, each party to bear their own costs.

    DATED: August 4th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge